IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| EDWARD G. FARLEY, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | No. 2:11-cv-00123 |
| v. ) | |
| ) | **Judge Nixon** |
| CAROLYN W. COLVIN, ) | **Magistrate Judge Griffin** |
| Commissioner of Social Security, ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Pending before the Court is Plaintiff Edward G. Farley's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 15), filed with a Brief in Support (Doc. No. 16). Defendant Commissioner of Social Security filed a Response. (Doc. No. 17.) Subsequently, Magistrate Judge Griffin issued a Report and Recommendation ("Report") recommending that the Motion be denied and the decision of the Commissioner be affirmed. (Doc. No. 20 at 26.) The Report was issued on October 21, 2013, and provided a period of fourteen days in which either party could file an objection. (*Id.* at 27.) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion. The decision of the Commissioner is **AFFIRMED** and the Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the __12th____ day of November, 2013.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT